# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Priority Mail parcel label number 9505515054019025262594, postmarked )
January 25, 2019, weighing 3 pounds 4 ounces, addressed to Aaron Minter, )
139 S Western Ave, Springfield, Ohio 45506 with a return address of )
FO Private Stock #403, 1026 S Broadway, Los Angeles, California 90015 )

Case No. 3:19mj041

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 JAN 29 AM 10:33
U.S. DISTRICT COURT
SHARON L. OVINGTON

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail Parcel Label Number 9505515054019025262594

located in the  Southern  District of  Ohio , there is now concealed *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance |
| | Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector Dorman

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brad M. Dorman, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-29-19

*Judge's signature*

City and state: Dayton, Ohio

Honorable Sharon L. Ovington
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
DAYTON, OHIO

STATE OF OHIO           )
                        ) SS
COUNTY OF MONTGOMERY    )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, BRAD M DORMAN, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since August 2017. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for southeast Indiana, and southern Ohio. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

Based on my training and experience, I have become aware that drug traffickers frequently use Priority Mail Express, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Based on my training and experience, I also know that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the U.S. Mail was used, I have learned of certain characteristics indicative of other U.S Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, the addressee is not known to receive mail at the listed delivery address, the parcel is heavily taped, the parcel is mailed to/from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the parcel, and the listed address is located in an area of known or suspected drug activity.

On or about January 28, 2019, I intercepted a parcel at the Springfield Post Office in Springfield, OH. The parcel is identified as Priority Mail Parcel Label Number 9505515054019025262594 addressed to Aaron Minter, 139 S Western Ave, Springfield, Ohio 45506 with a return address of FO Private Stock #403, 1026. S Broadway, Los Angeles, California 90015. The parcel is being sent from Los Angeles, California, a known drug source location.

I did a check in CLEAR of the parcel's label destination address, 139 S Western Ave, Springfield, Ohio 45506. CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, "Aaron Minter" is associated with 139 S Western Ave, Springfield, Ohio 45506.

I did a check in CLEAR on the sender's information of "FO Private Stock #403," 1026. S Broadway, Los Angeles, California 90015. According to CLEAR, "FO Private Stock #403" is not associated with 1026. S Broadway, Los Angeles, California 90015.

On January 28, 2019, Montgomery County Sheriff's Office Detective Anthony Hutson conducted a narcotic canine check of the Parcel. The Parcel was placed in a controlled area and presented to narcotic canine, "Gunner." "Gunner" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon the Parcel. As noted above, attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

The Parcel is further identified as follows:

1) A USPS Priority Mail Express Medium Flat Rate Box, 11.875" x 3.625" x 11.75" in size, bearing tracking number 9505515054019025262594, weighing approximately 3 pounds 4 ounces, postmarked January, 25, 2019; see address information below:

|  |  |
|---|---|
| **Sender:** | Aaron Minter<br>139 S Western Ave<br>Springfield, Ohio 45506 |
| **Addressee:** | FO Private Stock #403<br>1026. S Broadway<br>Los Angeles, California 90015 |

This information along with the positive alert of narcotic canine "Gunner" is indicative of a drug package or its proceeds.

Based on the information contained herein, I believe that contained in the Parcel is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

Therefore, a search warrant to open the Parcel is requested.

Further, your affiant sayeth naught.

Brad Dorman
Postal Inspector

Subscribed and sworn to and before me this 29th day of Jan, 2019.

Honorable Sharon L. Ovington
United States Magistrate Judge

UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Officer **ANTHONY HUTSON**, am and have been employed by the **MONTGOMERY COUNTY SHERIFF'S OFFICE** since **1998**. Among other duties, I am currently the assigned handler of narcotics detection canine "**GUNNER**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Marijuana, Cocaine, Methamphetamine, and Heroin**

On **1-28-19**, at the request of Postal Inspector **DORMAN**, I responded to the **DAYTON P&DC**, where "**GUNNER**" did alert to and indicate upon: [describe item]

9505 5150 5401 9025 2625 94

TO: AARON MINTER         FROM: FO PRIVATE STOCK #403

139 S WESTERN AVE        1026 S BROADWAY

SPRINGFIELD OH 45506     LOS ANGELES CA 90015

Which, based upon my training and experience and that of "**GUNNER**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ 101  1-28-19
(Signature, Badge #, and Date)

_____  1/28/19
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009