| Return | | |
|---|---|---|
| Case No.:<br>3:19mj041 | Date and time warrant executed:<br>01/29/2019 10:45am | Copy of warrant and inventory left with:<br>Office |
| Inventory made in the presence of :<br>**Inspector Joe Rossiter** | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>**Inventory taken, nothing seized** | | |

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 JAN 29 PM 2:19
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/29/2019

*Executing officer's signature*

Brad M Dorman, U.S. Postal Inspector
*Printed name and title*